[No. 18486–5–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN M. MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02353–2, Liem E. Tuai, J., entered May 16, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster and Winsor, JJ.

[No. 19166–7–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD BIXLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00269–0, Frank D. Howard, J., entered August 18, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Williams, JJ.

[No. 19309–1–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DORSEY LEE WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00579–6, Donald D. Haley, J., entered September 16, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Winsor, JJ.